**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Zebre Jones, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:20-cv-03049-CAP-JKL |
| v. ) | |
| ) | |
| I.Q. Data International, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Zebre Jones, by and through undersigned counsel, hereby dismisses this action against Defendant, **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 3rd day of December, 2020.

                                                       **Berry & Associates**

                                                     */s/ Matthew T. Berry*
                                                     Matthew T. Berry
                                                     Georgia Bar No.: 055663
                                                     mberry@mattberry.com
                                                     Telephone: (404) 235-3334

                                                     2751 Buford Highway, Suite 600
                                                     Atlanta, GA 30324
                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Defendant, via First-Class Mail, with adequate postage affixed thereto and addressed as follows:

Paul Gamboa
Gordon Rees Scully Mansukhani
One North Franklin, Suite 800
Chicago, IL 60606

               **BERRY & ASSOCIATES**

               */s/ Matthew T. Berry*
               Matthew T. Berry
               Georgia Bar No.: 055663

               2751 Buford Highway, Suite 600
               Atlanta, GA 30324
               *Counsel for Plaintiff*